UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>A) $1,300 IN U.S. CURRENCY, ET AL.,<br><br>    Defendants. | Civil No. 98-2139 (JAF) |

### O R D E R

The plaintiff will show cause as to why this case should not be dismissed for failure to comply with court orders and lack of diligent prosecution. See Docket Document No. 10.

**Ten (10) calendar days are granted from the date of issuance of this order. File to return to chambers for follow-up on February 22, 2000.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 9th of February, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge