# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
00 MAR 30 AM 11:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

UNITED STATES OF AMERICA,

VS.

A) $1,330.00 IN US CURRENCY, ET AL

CIVIL NO. 98-2139 (JAF)

---

## DESCRIPTION OF MOTION

DATE FILED: 02/14/00    DOCKET #: 12    TITLE: MOTION by USA to Show Cause why the case should not be dismissed for failure of claimant to answer interrogatories

[X] Plaintiff(s)
[ ] Defendant(s)

---

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *Pending answer to interrogatories shall be notified within ten calendar days.*

3/28/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(13)