UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,              *
                                       *
    Plaintiff,                         *      Civil No. 98-2139 (JAF)
                                       *
    v.                                 *
                                       *
A) $1,330.00 IN U.S. CURRENCY,
et al.,                                *
                                       *
    Defendants.                        *
                                       *
-------------------------------------- *

## JUDGMENT

The Stipulation for Consent Judgment filed by the parties on April 18, 2000, Docket Document No. 14, is **APPROVED**. Judgment is now entered adopting and incorporating the terms and conditions of the Stipulation for Consent Judgment signed by the parties as if set forth at length herein.

San Juan, Puerto Rico, this 26th day of April, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge